FILED

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

JUL - 8 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL HUDAK<br>416 N, Oakland St.<br>Arlington, VA 22203 | : <br> : |
| ELIZABETH HUDAK<br>6083 Talavera Court<br>Alexandria, VA 22310 | : <br> : |
| Personal Representatives of the<br>Estate of Suzanne Hudak,<br>    Plaintiffs, | : <br> : |
| v. | |
| Willis C. King<br>8007 Ray Leonard Court<br>Palmer Park, MD 20785 | |
| and | : |
| UNITED STATES OF AMERICA, | : |
| SERVE:<br>    The Honorable John Ashcroft<br>    Attorney General of the<br>    United States of America<br>    Department of Justice<br>    Room B-1 12<br>    950 Pennsylvania Avenue, NW<br>    Washington, DC 20530 | : <br><br> : <br> : <br><br> : <br> : |
|     Office of the United States<br>     Attorney, District of Columbia<br>    Judiciary Center Bldg.<br>    555 Fourth Street, N.W.<br>    Washington, D.C. 20530<br>    Attn: Civil Process Clerk | : <br><br><br><br> : |
|     National Park Service<br>    1849 C Street, N.W.<br>    Washington, D.C. 20240 | : <br><br> : |
|     Defendants. | : |

CASE NUMBER   1:03CV01490

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/08/2003

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
SUITE 500
2020 K STREET, N.W.
WASHINGTON, D.C. 20006

(202) 659-5500

1

## COMPLAINT
(Federal Tort Claims Act- Auto Collision – Negligence)

### PARTIES, JURISDICTION AND VENUE

Plaintiffs Michael Hudak and Elizabeth Hudak, personal representatives of the estate of Suzanne Hudak, deceased, by and through counsel, bring this action against defendants Willis King and the United States of America, and for their cause of action state as follows:

1. Jurisdiction of this Court is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 346 (b) and § 2671, et seq.

2. The plaintiffs, Michael Hudak and Elizabeth Hudak, are the siblings and next of kin of Suzanne Hudak, deceased, and are the personal representatives of the Estate of Suzanne Hudak.

3. Plaintiffs Michael Hudak and Elizabeth Hudak are adult citizens of the United States, residing in the State of Virginia.

4. This cause of action arose in the District of Columbia; thus, venue properly lies with this Court pursuant to 28 U.S.C § 1402 (b).

5. Plaintiffs filed an administrative claim, on behalf of the estate of Suzanne Hudak, with the United States Park Service on April 17, 2003. A Standard Form 95 was filed on behalf of the plaintiffs pursuant to 28 U.S.C. § 2675 (a). The claim listed damages in the amount of four million nine hundred sixty seven thousand seven hundred and sixteen dollars ($4,967,716.00). The claim was rejected by the United States Park Service on May 20, 2003. Plaintiffs have elected to commence this action pursuant to 28 U.S.C. § 2675 (a).

## FACTS

6. On Monday August 19, 2002, at approximately 12:40 p.m., the decedent, Suzanne Hudak was walking in the crosswalk from south to north on Virginia Avenue, at its intersection with 19th Street, in Northwest Washington D.C.

7. On Monday August 19, 2002, at the same time and place, Willis C. King, an employee of the United States Park Service, was driving a Park Service vehicle in the course and scope of his official capacity as a U.S. Park Service employee. Mr. King had been traveling south on 19th Street making a left turn onto Virginia Avenue when the accident occurred.

8. At the time of this accident, the defendant Willis King was an agent, servant, and/or employee of the United States and as such, the United States is responsible for any negligent driving conduct on behalf of its employee, Willis King.

9. At the aforesaid time and place, Suzanne Hudak was crossing Virginia Avenue in the crosswalk on a walk signal when she was stuck by the defendants vehicle.

10. As defendant King proceeded in a southerly direction on 19th, approaching the intersection with Virginia Avenue, three very large signs warned motorists of the danger of pedestrians crossing at that very busy intersection. These very signs admonished vehicle operators to "yield" to pedestrians at that intersection.

11. Defendant King was driving a Dodge Ram pick up truck when he struck the decedent, Suzanne Hudak, in the crosswalk on Virginia Avenue at its intersection with 19th Street after having just made a left turn. When he did so, defendant King failed to stop and yield the right of way to the decedent, Suzanne Hudak.

12. Ms. Hudak was transported by ambulance from the place where she was struck to the Emergency Room at George Washington University Hospital for immediate medical treatment. Ms. Hudak was conscious at the scene.

13. The U.S. Park Service vehicle, driven by Willis King, was the sole and proximate cause of the entire incident.

14. As a direct and proximate result of the negligence of the defendant King, Suzanne Hudak suffered fatal injuries and was pronounced dead at George Washington Hospital on the evening of August 19, 2002.

15. At all times the decedent was legally crossing Virginia Avenue in the crosswalk on a "walk signal."

### COUNT I
### (Negligence-Willis King)

16. Plaintiff incorporates, by reference, paragraphs 1 through 15, and further alleges that at all times relevant herein, defendant Willis King owed a duty to the plaintiff to operate his vehicle in a safe and non-negligent manner and to obey all traffic laws then and there in effect.

17. Plaintiff further alleges that defendant King, was negligent in the operation of his vehicle. Such negligence consists of, but is not limited to, the following:

(a)  failure to pay full time and attention to the operation of his motor vehicle;

(b)  failure to maintain a proper lookout;

(c)  failure to operate said vehicle in a reasonable, careful and prudent manner;

(d)  failure to maintain appropriate speed under the circumstances;

(e)  failure to slow down;

4

(f) failure to stop;

(g) failure to avoid the collision with a pedestrian; and

(h) otherwise failing to comply with the applicable District of Columbia Traffic Regulations then and there in effect.

18. As a direct and proximate result of the negligence or wrongful acts of the defendant, the plaintiffs, as personal representatives of the Estate of Suzanne Hudak, suffered numerous losses and damages recoverable under the Act.

WHEREFORE, plaintiffs Michael Hudak and Elizabeth Hudak, as the legal representatives of the Estate of Suzanne Hudak, deceased, demand judgment against defendants Willis C. King and the United States of America jointly and severally, in the full and just amount of Four Million Nine Hundred Sixty Seven Thousand Seven Hundred and Sixteen Dollars. ($4,967,716.00) plus interest and costs.

### COUNT II
### (Federal Tort Claims Act/Respondeat Superior- The United States of America)

19. Plaintiff incorporates by reference paragraphs 1 through 18 of this Complaint, and further alleges that pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b), this action is brought for compensatory damages. The accident and resulting injuries and death of the decedent, Suzanne Hudak, were the direct and proximate result of the negligence of Mr. Willis King, an agent servant and/or employee of the defendant United States of America.

20. The claims in this lawsuit are for damages under the Wrongful Death and Survivor Act of the District of Columbia as proximately caused by the negligent or wrongful acts of defendant King.

21. At all times relevant, upon information and belief, defendant Willis King was an employee, agent, or servant of the United States Government.

22. The plaintiff further alleges that the circumstances of the incident are such that if the United States were a private person, liability would be imposed under the laws of the District of Columbia, the site where the wrongful acts or omissions occurred.

23. The negligence of the driver of the vehicle owned by the defendant, the United States of America, have been set forth in paragraph 17 of this Complaint.

24. As a direct and proximate result of the negligence or wrongful acts of the defendant, the plaintiffs, as personal representatives of the Estate of Suzanne Hudak, suffered numerous losses and damages recoverable under the Act.

WHEREFORE, plaintiffs Michael Hudak and Elizabeth Hudak, as the legal representatives of the Estate of Suzanne Hudak, deceased, demand judgment against defendants Willis C. King and the United States of America jointly and severally, in the full and just amount of Four Million Nine Hundred Sixty Seven Thousand Seven Hundred and Sixteen Dollars. ($4,967,716.00) plus interest and costs.

## COUNT III
### (Wrongful Death)
(Defendant Willis King and the United States of America)

25. Plaintiff incorporates by reference paragraphs 1 thought 24 and further alleges that the injuries, death and damages of Suzanne Hudak were a direct and proximate result of the negligent acts and/or omissions of the defendants and/or their agents, servants and/or employees

26. This claim arises under the District of Columbia Wrongful Death Statute, D.C. Code 16-2701 (2001 edition), and is brought by Michael Hudak and Elizabeth Hudak, as personal representatives of the Estate of Suzanne Hudak.

27. As a direct and proximate result of the negligent acts and/or omissions, of the defendants, both jointly and severally, the plaintiff's decedent, Suzanne Hudak, suffered severe mental and emotional anguish and conscious physical pain and suffering from the time the truck struck her until her death.

28. As a further proximate result of the negligent acts and/or omissions of the defendants, jointly and severally, plaintiffs Michael Hudak and Elizabeth Hudak, as personal representative of the Estate of Suzanne Hudak, claim all damages lawfully available under the Wrongful Death Statute pursuant to D.C. Code §16-2701, including funeral and burial expenses, loss of probable future earnings and benefits of the decedent, loss of maintenance and any other related expenses consistent with the Act.

WHEREFORE, plaintiffs Michael Hudak and Elizabeth Hudak, as the legal representatives of the Estate of Suzanne Hudak, deceased, demand judgment against defendants Willis C. King and the United States of America jointly and severally, in the full and just amount of Four Million Nine Hundred Sixty Seven Thousand Seven Hundred and Sixteen Dollars. ($4,967,716.00) plus interest and costs.

### Count IV
### (Survival Action)
(Defendant Willis King and the United States of America)

29. Plaintiffs incorporate by reference paragraphs 1 though 28 of this Complaint as if fully set forth herein.

30. This claim arises under D.C. Code 12-101 (2001), and is brought by plaintiffs Michael Hudak and Elizabeth Hudak as the personal representatives of the Estate of Suzanne Hudak.

31. As a direct and proximate result of the negligent acts and/or omissions of the defendants, jointly and severally, the Estate of Suzanne Hudak, claim all damages lawfully available under the Survival Action Statute, including all probable net future earnings and retirement and social security benefits.

32. As a further direct and proximate result of the defendants' negligent acts and/or omissions, jointly and severally, the plaintiffs' decedent Suzanne Hudak suffered severe mental and emotional stress, severe and excruciating physical pain and suffering from the time she was struck by the truck until her death.

WHEREFORE, plaintiffs Michael Hudak and Elizabeth Hudak, as the legal representatives of the Estate of Suzanne Hudak, deceased, demand judgment against defendants Willis C. King and the United States of America jointly and severally, in the full and just amount of Four Million Nine Hundred Sixty Seven Thousand Seven Hundred and Sixteen Dollars. ($4,967,716.00) plus interest and costs.

Respectfully submitted,

KOONZ, McKENNEY, JOHNSON,
    DePAOLIS & LIGHTFOOT

By: _____
Joseph H. Koonz, Jr.
2020 K Street, N.W.
Suite 500
Washington, D.C. 20006
(202) 659-5500
Attorneys for Plaintiffs
BAR # 127571